IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In Re: | : |
| | : |
| Adalid Helguero, | : Case No. 11-12839-RGM |
| | :         Chapter 13 |
| Debtor. | : Adv. No. 11-01557-RGM |
| | : |
| _____ | : |
| | : |
| Adalid Helguero | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| Resurgent Capital Services LP, as Agent | : |
| PYOD LLC c/o Resurgent Capital Services | : |
| | : |
| Defendant | : |
| _____ | : |

**ORDER TO DETERMINE VALUE OF SECURITY
AND CREDITOR'S ALLOWED SECURED CLAIM**

It appearing that proper service was given, pursuant to 11 U.S.C. § 506, it is hereby

ORDERED that the claim of Defendant be and is hereby deemed wholly unsecured.

ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C § 1328(a) in this case, the lien held in favor of Defendant on the debtor's real property described as

> LOT 44, SECTION 1, SEVEN OAKS, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 5018 AT PAGE 88, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA.

AND BEING THE SAME PROPERTY AS CONVEYED BY DEED DATED 09/23/98, RECORDED 10/01/98, IN DEED BOOK 10593 AT PAGE 0982, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA.

also known as 3007 Seven Oaks Pl., Falls Church, VA 22042, shall be void, and it is further

ORDERED, that the claim of Defendant herein shall be allowed as a general unsecured claim under the debtor's plan.

Dated:_____        _____
                                      The Honorable Robert G. Mayer

I ASK FOR THIS:

 /s/ Edward Gonzalez
Edward Gonzalez, VA Bar # 39882
2405 Eye Street, NW, Ste 1A
Washington, DC 20037

cc:

Edward Gonzalez, PC
2405 Eye Street, NW, Ste 1A
Washington, DC 20037


US Trustee
115 S. Union Street, Ste 206
Alexandria, VA 22314

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste 400
Alexandria, VA 22314

Resurgent Capital Services
CT Corporation System
4701 Cox Rd., Ste 301
Glen Allen, VA 23060

Resurgent Capital Services
as Agent PYOD LLC,
Legal Services, Litigation, Cara Perry
P O Box 10675
Greenville, SC 29603

Adalid Helguero
3007 Seven Oaks Pl.
Falls Church, VA 22042